AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DENISE NEMETH-GREENLEAF, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00407 |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                      .

Date:  02/11/2025

*Attorney's signature*

Sara L. Faulman (DC Bar No. 496679)
*Printed name and bar number*

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW
Suite 1000
Washington, DC 20005
*Address*

slf@mselaborlaw.com
*E-mail address*

(202) 833-8855
*Telephone number*

(202) 452-1090
*FAX number*