## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Denise Nemeth-Greenleaf, et al.**
        *Plaintiff(s)*

*vs.*  Case No: 1:25-cv-00407-CRC

**United States Office of Personnel Management, et al.**
        *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/18/2025 at 1:43 PM, I served Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia at U.S. Attorney's Office, 601 D Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) by serving Toyin Abejide, Paralegal Specialist, authorized to accept service.

Toyin Abejide is described herein as:

Gender: Male    Ethnicity: Black    Age: 35    Weight: 210    Height: 5'10"    Hair: Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

        Ambiko Wallace

*Client Ref Number:*
*Job #:12715429*

Case 1:25-cv-00407-CRC   Document 8   Filed 02/27/25   Page 2 of 2