UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Denise Nemeth-Greenleaf, et al.**
                **Plaintiff(s)**

                                  *vs.*                            **Case No: 1:25-cv-00407-CRC**

**United States Office of Personnel Management, et al.**
                **Defendant(s)**

## *AFFIDAVIT OF SERVICE*

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/18/2025 at 2:47 PM, I served Amanda Scales, U.S. Office of Personnel Management Chief of Staff, in her official capacity at 1900 E Street, NW, Washington, DC 20415 with the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) by serving Kim Brown, Management Program Analyst, authorized to accept service.

Kim Brown is described herein as:

Gender: Female    Ethnicity: Black    Age: 49    Weight: 150    Height: 5'3"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

*[signature]*

Ambiko Wallace

*Client Ref Number:*
*Job #:12715529*

Case 1:25-cv-00407-CRC    Document 10    Filed 02/27/25    Page 2 of 2