UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Denise Nemeth-Greenleaf, et al.**
               **Plaintiff(s)**

*vs.*         **Case No: 1:25-cv-00407-CRC**

**United States Office of Personnel Management, et al.**
               **Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/18/2025 at 1:39 PM, I served Civil Process Clerk, U.S. Attorney's Office for D.C. at 601 D Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet, and Class Action Complaint (Jury Trial Demanded) by serving Toyin Abejide, Paralegal Specialist, authorized to accept service.

Toyin Abejide is described herein as:

Gender: Male    Ethnicity: Black    Age: 35    Weight: 210    Height: 5'10"    Hair: Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

*signature*

Ambiko Wallace

Client Ref Number:
Job #:12715383

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*