# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE NEMETH-GREENLEAF, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00407-CRC |

## NOTICE OF APPEARANCE

Please take notice that Pierce Anon, Civil Division, United States Department of Justice, hereby enters his appearance in this case on behalf of the defendants. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated:  March 26, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:   (202) 305-7573
Fax:   (202) 616-8470
E-mail:   pierce.anon@usdoj.gov

*Counsel for Defendant*