AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Denise Nemeth-Greenleaf, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00407 |
| United States Office of Personnel Management, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Denise Nemeth-Greenleaf, Jason Judkins, Jon Michel, Donna Nemeth, and Michael Rifer.

Date: 03/27/2025

*Andrea Gold*
*Attorney's signature*

Andrea R. Gold (DC Bar No. 502607)
*Printed name and bar number*
Tycko & Zavareei LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006

*Address*

agold@tzlegal.com
*E-mail address*

(202) 973-0900
*Telephone number*

(202) 973-0950
*FAX number*