UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE NEMETH-GREENLEAF, *et al.*, <br>           Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br>           Defendants. | Case No. 1:25-cv-00407 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move for a thirty-day extension of time to file their response to Plaintiffs' complaint, from April 19, 2025, to May 19, 2025.

Defendants' response to Plaintiffs' complaint, which purports to be a class action, is currently due on April 19, 2025. Undersigned counsel for Defendants was recently assigned to this case on March 24, 2025. Defendants request a thirty-day extension of their response deadline to provide undersigned counsel sufficient time to gather information, evaluate the complaint allegations, coordinate and confer with defendant agencies, prepare an accurate and complete response, and complete the review process of that response, while attending to his other case deadlines. This is Defendants' first request to extend this deadline.

On April 8, 2025, undersigned counsel and counsel for Plaintiffs conferred about Defendants' extension request. Counsel for Plaintiffs has represented that Plaintiffs do not oppose this request.

Dated: April 14, 2025                    Respectfully submitted,

                                                YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Pierce J. Anon*
PIERCE J. ANON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: (202) 305-7573
pierce.anon@usdoj.gov

*Attorneys for Defendants*