IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE NEMETH-GREENLEAF, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 1:25-cv-00407 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiffs Denise Nemeth-Greenleaf, Jason Judkins, Jon Michel, Donna Nemeth, and Michael Rifer ("Plaintiffs"), by counsel, respectfully move for a 30-day extension of time, through September 17, 2025, to file an opposition to the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint ("Motion to Dismiss") (ECF No. 22).

Local Civil Rule 7(b) provides that Plaintiffs must file their memorandum of opposing points and authorities ("Opposition") to Defendants' Motion to Dismiss within "14 days of the date of service or such other time as the Court may direct." Defendants filed their Motion to Dismiss on August 4, 2025; under the rules of this Court, Plaintiffs' opposition brief would, therefore, be due on August 18, 2025. There is good cause for the extension sought herein. Among other reasons, including the novelty and complexity of the legal and factual issues involved, Plaintiffs' counsel must attend to pre-existing professional obligations during the response period, and otherwise requests this extension to afford sufficient time to analyze the Motion to Dismiss, confer with their clients regarding the arguments and factual assertions raised in the Motion to Dismiss, and prepare Plaintiffs' Opposition.

1

On August 7, 2025, counsel for Plaintiffs and counsel for Defendants conferred about Plaintiffs' extension request. Defendants consent to the request. For these reasons, the Court should grant this request to enter an order extending the time in which to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint to September 17, 2025.

Dated: August 8, 2025

Respectfully submitted,

/s/ *Sara L. Faulman*
Gregory McGillivary (D.C. Bar No. 411029)
Sara L. Faulman (D.C. Bar No. 496679)
John W. Stewart (D.C. Bar No. 1028836)
Sarah M. Block (D.C. Bar No. 1026577)
**McGILLIVARY STEELE ELKIN LLP**
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855
*gkm@mselaborlaw.com*
*slf@mselaborlaw.com*
*jws@mselaborlaw.com*
*smb@mselaborlaw.com*

Andrea R. Gold DC (D.C. Bar No. 502607)
Hassan A. Zavareei (D.C. Bar No. 456161)
Gemma Seidita DC (D.C. Bar No. 1721862)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue Northwest, Suite 1010
Washington, DC 20006
(202) 919-5852
*hzavareei@tzlegal.com*
*agold@tzlegal.com*
*gseidita@tzlegal.com*

Cort T. Carlson (*pro hac vice forthcoming*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
*ccarlson@tzlegal.com*

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 8, 2025, this document was served on all counsel of record through the Court's electronic filing system.

*/s/ Sara L. Faulman*
Sara L. Faulman