**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DENISE NEMETH-GREENLEAF**, *et al.*,

Plaintiffs,

v.

**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**, *et. al.*,

Defendants.

Case No. 25-cv-407 (CRC)

**SCHEDULING ORDER**

Upon consideration of the Parties' [45] Joint Rule 16.3 Meet and Confer Statement, it is hereby ORDERED that:

1. Phase 1 Discovery ("Class Discovery") in this case shall proceed according to the following schedule:

| **Event** | **Deadline** |
|---|---|
| Class Discovery Commences | September 9, 2026 |
| Initial Disclosures | September 21, 2026 |
| Motions to Add Parties or Amend Pleadings | October 9, 2026 |
| Disclosure of Plaintiffs' class certification experts and related expert reports as required by Fed. R. Civ. P. 26(a)(2) | December 18, 2026 |
| Deadline to depose Plaintiffs' class certification experts | January 15, 2027 |
| Disclosure of Defendants' class certification experts and related expert reports as required by Fed. R. Civ. P. 26(a)(2) | January 29, 2027 |
| Deadline to depose Defendants' class certification experts | February 26, 2027 |

| | |
|---|---|
| Disclosure of Plaintiffs' class certification rebuttal experts and related expert reports as required by Fed. R. Civ. P. 26(a)(2) | March 26, 2027 |
| Motion for Class Certification | April 30, 2027 |
| Opposition to Class Certification | May 28, 2027 |
| Reply in Support of Class Certification | June 11, 2027 |
| Hearing on Motion for Class Certification | June 29, 2027 at 10:00 AM |

2. The parties are to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) unless they consent in writing to defer production of certain subcategories of documents identified in the rule.

3. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than seven (7) depositions, no more than fifteen (15) interrogatories, no more than twenty-five (25) document requests to any party, and no more than twenty (20) document requests to any non-party per side.

4. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a video conference with the Court. The Court will either rule on the issue at the conclusion of the video conference or determine the manner in which it will be handled. At least twenty-four (24) hours before the telephone conference, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

5. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion.

6. The Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide bound, tabbed courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: September 9, 2026